**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1677**

---

MATTHEW JONES,

        Plaintiff - Appellant,

    v.

NORTH CAROLINA STATE POLICE; JACKSONVILLE POLICE DEPARTMENT,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:23-cv-01659-BO-RJ)

---

Submitted:  October 10, 2024                    Decided:  October 16, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Matthew Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jones' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).     We have reviewed the record and discern no reversible error. Accordingly, we decline Jones' request for relief from judgment and affirm the district court's order. *Jones v. North Carolina State Police*, No. 7:23-cv-01659-BO-RJ (E.D.N.C. Jul. 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*